## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

_____

| | |
|---|---|
| In re: McKinsey & Co., Inc., National Prescription Opiate Consultant Litigation | MDL No. 2996 |

_____

### SUPPLEMENTAL DECLARATION OF JAMES L. BERNARD IN FURTHER SUPPORT OF MCKINSEY'S MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

JAMES L. BERNARD, declares under penalty of perjury the following is true and correct:

1.  I am a member of Stroock & Stroock & Lavan LLP, counsel herein for McKinsey & Company, Inc., McKinsey & Company, Inc. United States, and McKinsey & Company, Inc. Washington D.C. (collectively, "McKinsey").  I submit this declaration in further support of McKinsey's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings I have personal knowledge of the matters set forth in this declaration, except for such matters as are based on my review of court files or other relevant documents, and I believe such matters to be true.  If called as a witness, I would testify competently to the matters set forth in this declaration.

2.  Annexed hereto as Exhibit 1 is a true and correct copy of relevant excerpts from the March 15, 2021 Disclosure Statement For the Chapter 11 Plan For Purdue Pharma L.P., submitted as part of its bankruptcy proceedings in the Southern District of New York.

2

3. Annexed hereto as Exhibit 2 is a true and correct copy of relevant excerpts from Mallinckrodt's March 10, 2021 Joinder Agreement and Amendment to Restructuring Support Agreement, submitted as part of its bankruptcy proceedings in the District of Delaware.

Dated:  New York, New York
April 9, 2021

/s/ James L. Bernard
James L. Bernard