**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** McKinsey & Co., Inc., National
Prescription Opiate Consultant Litigation　　　　　　　　MDL No. 2996

## CERTIFICATE OF SERVICE

I certify that on April 9, 2021, a true and correct copy of the foregoing was filed electronically with this Court via the ECF system. Notice of this filing will be sent by operation of the ECF system to all parties indicated on the electronic filing receipt.

STROOCK & STROOCK & LAVAN LLP

By:　/s/ James L. Bernard
　　　James L. Bernard
　　　180 Maiden Lane
　　　New York, New York 10038
　　　Phone: (212) 806-5400
　　　Fax: (212) 806-9245
　　　jbernard@stroock.com

*Attorneys for McKinsey & Company, Inc.,
McKinsey & Company, Inc. United States, and
McKinsey & Company, Inc. Washington D.C.*